# UNITED STATES DISTRICT COURT

# IN THE EASTERN DISTRICT OF MICHIGAN

**HARRY O. LUTZ**
**And PAULA G. LUTZ,**

          Case #      2:10-CV-12513
    **Plaintiffs,**          HON.      David M. Lawson
          Circuit Court Case # 10-005694-CZ

**-vs-**

**ONE WEST, as successor in interest to INDYMAC BANK, FSB,**
**STEWART MICHIGAN TITLE,**
**THE MORTGAGE EXCHANGE, INC.,**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**
_____/

| | |
|---|---|
| **ANTHONY R. SMYKLA (P72191)** | **STEVEN A. MATTA (P39718)** |
| **JOSEPH M. JACOBY (P71986)** | **MATTA BLAIR, PLC** |
| **WILSON LAW GROUP, PLC** | **Attorney for Stewart Title Agency of Michigan** |
| **Attorney for Plaintiffs** | **4145 Dublin Drive, Suite 100** |
| **2000 Town Center, Suite 1900** | **Bloomfield, MI 48302** |
| **Southfield, MI 48076** | **(248) 593-6100 / 593-6116 fax** |
| **(248) 247-1123 / 479-0333 fax** | smatta@mattablair.com |
| asmykla@wlgfights.com | |

**TIMOTHY B. MYERS (P48152)**
**Attorney for Defendant One West Bank**
**1650 W. Big Beaver Road**
**Troy, MI 48084**
**(248) 502-1362**
tmyers@orlans.com
_____/

## MOTION TO WITHDRAW FROM REPRESENTATION

     NOW COME undersigned Counsel, WILSON LAW GROUP, PLC, and respectfully requests that this Court permit it to withdraw from representation of the Plaintiffs Harry and Paula Lutz in the above matter.

Counsel says further:

1

1. The Plaintiffs brought their cause of action in Wayne County Circuit Court for certain alleged violations and acts relating to a residential mortgage.

2. Defendant, One West Bank, removed the Circuit Court action to this Court.

3. Circumstances have developed in the course of the representation that have caused an irremediable breakdown in the attorney client relationship and Mr. Harry and Paula Lutz have discharged undersigned counsel and terminated Wilson Law Group, PLC from any further legal representation. [Exhibit 1].

4. Counsel for One West Bank does not object to Plaintiffs' Counsel's motion. [Exhibit 2].

5. Counsel for Stewart Title Agency of Michigan does not object to Plaintiffs' Counsel's motion. [Exhibit 3].

6. Plaintiffs' address and telephone number are:

   Mr. Harry and Paula Lutz           (734) 718-1368
   14175 Terrace Court
   Plymouth, MI 48170

7. Plaintiffs' counsel requests that Plaintiffs be given thirty (30) days to locate and retain new counsel.

WHEREFORE, Counsel requests that this court grant the motion to withdraw as Plaintiffs' attorney and allow Plaintiff reasonable time to secure replacement counsel.

**BRIEF IN SUPPORT OF PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW FROM REPRESENTATION**

For the foregoing reasons, Plaintiffs' Counsel requests this court to grant this Motion To Withdrawal From Representation.

|  |  |
|---|---|
|  | Respectfully Submitted:<br>WILSON LAW GROUP, PLLC |
| DATED:    September 14, 2010 | s/ Joseph M. Jacoby<br>WILSON LAW GROUP, PLC<br>2000 Town Center, Suite 1900<br>Southfield, MI 48076<br>(248) 247-1123<br>jjacoby@wlgfights.com<br>P71986 |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Steven A. Matta and Timothy B. Myers, and I certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: Harry and Paula Lutz.

|  |  |
|---|---|
| DATED:    September 14, 2010 | s/ Joseph M. Jacoby<br>WILSON LAW GROUP, PLC<br>2000 Town Center, Suite 1900<br>Southfield, MI 48076<br>(248) 247-1123<br>jjacoby@wlgfights.com<br>P71986 |